UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES KELLY,<br><br>                              Plaintiff,<br><br>v.<br><br>WASHINGTON D.C. DISTRICT COURT,<br><br>                              Defendant. | Case No.: 23-CV-692 TWR (WVG)<br><br>**ORDER (1) DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS; (2) DENYING MOTION FOR APPOINTMENT OF COUNSEL; AND (3) DISMISSING CASE WITH PREJUDICE**<br><br>(ECF Nos. 2, 3) |

Over the past several weeks, Plaintiff Dolores Kelly has filed at least twenty complaints in this District.[1] Each complaint typically consists of one or two-page hand-written and largely unintelligible complaints against various well-known business

---

[1]   *See* Case Numbers 23cv592-JO-DDL, 23cv618-CAB-KSC, 23cv619-JAH-BLM, 23cv620-DMS-DDL, 23cv621-TWR-NLS, 23cv622-RSH-DDL, 23cv623-BAS-JLB, 23cv624-AGS-NLS, 23cv625-AGS-MSB, 23cv626-AGS-BGS, 23cv627-CAB-KSC, 23cv684-AGS-DEB, 23cv685-RBM-AHG, 23cv686-RSH-WVG, 23cv687-DMS-MSB, 23cv690-CAB-BLM; 23cv691-CAB-WVG, 23cv693-RBM-BLM, and 23cv696-TWR-KSC. A year prior, Plaintiff had also filed four other complaints. *See* Case Numbers 22cv430-CAB-KSC, 22cv464-CAB-KSC, 22cv500-CAB-KSC, 22cv501-CAB-KSC. Each of those cases was terminated after Plaintiff's blank IFP applications were denied without prejudice and she failed to re-file complete IFP applications or pay the filing fee.

1

executives (including Elon Musk, Jeff Bezos, Tim Cook, and Bill Gates), politicians and world leaders (including Xi Jingping and Kamala Harris), companies (including U.S. Bank and Bank of America), and government agencies (including the Department of Labor and the FBI). Each complaint is also accompanied by almost entirely blank applications to proceed in forma pauperis ("IFP") and motions to appoint counsel.

This case, against "Washington D.C. District Court," is similar to the others—it is a two-page handwritten complaint that lacks complete sentences and seeks "repocession [sic] of Washington DC district court." (ECF No. 1 at 2–3.) Like the other cases, the Complaint was accompanied by a nearly blank IFP application (ECF No. 2) and a Motion to Appoint Counsel (ECF No. 3). For the following reasons, the IFP application and Motion to Appoint Counsel are **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

Generally, all parties instituting a civil action in this Court must pay a filing fee. *See* 28 U.S.C. § 1914(a); S.D. Cal. CivLR 4.5(a). But the Court may authorize a party to proceed without paying the fee if that party submits an affidavit demonstrating an inability to pay. 28 U.S.C. § 1915(a). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). "[A] plaintiff seeking IFP status must allege poverty 'with some particularity, definiteness and certainty.'" *Id.* (citation omitted).

Here, Plaintiff's IFP application is almost entirely blank. She fails to answer any of the questions regarding whether she has any income, assets, or expenses. Without such details, the Court cannot determine whether Plaintiff is entitled to proceed IFP. In other words, based on the lack of "particularity, definiteness and certainty" in the information provided, the Court is not persuaded that Plaintiff lacks the funds to pay the filing fee and "still afford the necessities of life." *Escobedo*, 787 F.3d at 1234. Therefore, Plaintiff's application to proceed IFP is **DENIED**, and Plaintiff's Motion to Appoint Counsel is **DENIED** as moot.

/ / /

Further, because the Complaint is frivolous, the Court finds that granting Plaintiff leave to file an amended IFP application would be futile. Even if Plaintiff could satisfy the requirements to proceed IFP, the Complaint would be subject to *sua sponte* dismissal. *See* 28 U.S.C. § 1915(e)(2)(B). Accordingly, because Plaintiff is not entitled to proceed IFP and did not pay the filing fee with her Complaint, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court **SHALL CLOSE** this case. No further filings under this case number will be accepted.

**IT IS SO ORDERED.**

Dated: May 2, 2023

_____
Honorable Todd W. Robinson
United States District Judge